### 3011.   GENTRY *v.* THE STATE.

HILL, C. J.  No material error of law appears, and while the evidence relied upon to show guilt is exceedingly weak, it was sufficient to satisfy the jury and the trial judge, and the verdict must stand.

*Judgment affirmed.*

DECIDED JANUARY 17, 1911.

34

Burglary; from Haralson superior court—Judge Edwards. October 19, 1910.

*Griffith & Matthews*, for plaintiff in error.

*W. K. Fielder, solicitor-general*, contra.